MARY C. MULVANY, Appellant, *v.* MICHELE NESI et al., Respondents, Impleaded with Others.

*Mulvany* v. *Nesi*, 168 App. Div. 904, appeal dismissed.
(Submitted October 25, 1915; decided October 29, 1915.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 19, 1915, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at Special Term in an action for dower.

The motion was made upon the ground of failure to file the required undertaking.

*Harold Swain* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.